# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BRIAN OMER LARIN, | ) Case No. CV 15-2734-GW(SP) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| COUNTY OF SANTA BARBARA, et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that defendants' Motion to Dismiss is granted, and Judgment will be entered dismissing the Complaint and this action without leave to amend.

DATED: June 27, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE