JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN OMER LARIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SANTA BARBARA, et al.,<br><br>　　　　Defendants. | Case No. CV 15-2734-GW(SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without leave to amend.

Dated: June 27, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE